UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

ERIC M. MUATHE,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

FIFTH THIRD BANK, et al.,            Case Number: 14-2207-JTM

Defendants.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed October 21, 2014, that plaintiff's Motions for Leave to file Surreply (Dkt. Nos. 39, 40, 41) are denied and his complaint is dismissed.

TIMOTHY M. O'BRIEN, Clerk of Court

<u>October 21, 2014</u>
Date

By   <u>s/ S. Smith</u>
      Deputy Clerk