# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 11, 2016

Mr. Eric M. Muathe
1410 Bitner Terrace
Pittsburg, KS 66762

Re: Eric M. Muathe
    v. Fifth Third Bank, et al.
    No. 15-7645

Dear Mr. Muathe:

In the above-entitled case, the Court denied leave to proceed *in forma pauperis* and allowed 21 days within which to pay the docket fee and submit a petition in compliance with Rule 33.1 of the Rules of the Court. As you have not complied with the Court's order within the time allowed, please be advised that the case is considered closed.

Sincerely,

**Scott S. Harris**, Clerk

By

Jeffrey Atkins
Deputy Clerk

cc: Bruce D. Ryder
    Samuel A. Green
    Mark A. Werner
    U.S.C.A. 10th Circuit
    (Your No. 15-3019)

[Stamp: RECEIVED U.S. COURT OF APPEALS 10TH CIRCUIT 2016 MAY 16 PM 1:35]